...

# U.S. District Court Eastern District of Kentucky

# *Civil Case Assignment*

Case number **2:14CV-140-Senior Judge William O. Bertelsman**

Assigned on 07-25-2014

This is a review of the original assignment.