UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

**DENISE KINMAN**

                **Plaintiff**

v.                            Civil Action No.: 14-cv-00140-WOB-JGW

**REVENUE MANAGEMENT
CONSULTING GROUP, et al.**

             **Defendants**   **NOTICE OF DISMISSAL WITHOUT PREJUDICE**

    Pursuant to Rule 41(a)(1)(A)(i), Plaintiff, Denise Kinman, hereby gives notice of dismissal of her Complaint, without prejudice, as to Defendant, Atradius Collections, Inc. a/k/a ACI a/k/a IFG. All claims against all other Defendants shall remain pending.

                                      Respectfully submitted,

                                      /s/ Randy J. Blankenship
                                    Randy J. Blankenship    KBA #81924
                                    Blankenship, Massey & Associates, PLLC
                                    504 Erlanger Road
                                    Erlanger, KY 41018
                                    ***Attorney for Plaintiff, Denise Kinman***