Eastern District of Kentucky
**F I L E D**

OCT 1 0 2014

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

DENISE KINMAN

**Plaintiff**

v.  Civil Action No.: 14-cv-00140-WOB-JGW

REVENUE MANAGEMENT
CONSULTING GROUP, et al.

**Defendants**

NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff, Denise Kinman, hereby gives notice of dismissal of her Complaint, without prejudice, as to Defendant, Atradius Collections, Inc. a/k/a ACI a/k/a IFG. All claims against all other Defendants shall remain pending.

Respectfully submitted,

/s/ Randy J. Blankenship
Randy J. Blankenship          KBA #81924
Blankenship, Massey & Associates, PLLC
504 Erlanger Road
Erlanger, KY 41018
*Attorney for Plaintiff, Denise Kinman*

SO ORDERED:

This 10th day of October, 2014.

WILLIAM O. BERTELSMAN
UNITED STATES DISTRICT JUDGE